CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, N
TELEPHONE: (212
WWW.CAHIL

900 16th STREET, N.W. Suite 500
WASHINGTON, DC 20006
(202) 862-8900

221 W. 10th STR
WILMINGTON, D
(302) 884-000

Application for leave to file under seal granted.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 31, 2026

026

Re: *CarbonCharge Technologies LLC* v. *Talafous-Favetta*, 7:24-cv-00361-PMH

Dear Judge Halpern:

We write on behalf of Plaintiff CarbonCharge Technologies LLC ("CarbonCharge") and with the permission of Defendants (collectively, the "Parties") in response to the Court's July 23, 2026 Order (Dkt. No. 61), which instructed the Parties to file a copy of their Settlement Agreement in connection with the Stipulation of Voluntary Dismissal (Dkt. No. 59). The Parties respectfully request permission to file their Settlement Agreement under seal and request that the Court retain jurisdiction to enforce the Settlement Agreement.

On July 21, 2026, the Parties executed the attached Settlement Agreement to resolve the claims at issue in this litigation. *See* Ex. 1. The Settlement Agreement contains confidential and sensitive business information and expressly requires that the Parties maintain its confidentiality. *Id.* at § 8.1. While the Parties are mindful of the general policy favoring open public access to legal proceedings and filings, courts in this district routinely permit the sealing of settlement agreements in recognition of "the importance of settlement confidentiality in light of the public interest in promoting settlement." *In re Gen. Motors LLC Ignition Switch Litig.*, 2016 WL 1317975, at *2 (S.D.N.Y. Mar. 2, 2016); *see also Gambale* v. *Deutsche Bank AG*, 377 F.3d 133, 143 (2d Cir. 2004) (approving the sealing of settlement documents and explaining that "honoring the parties' express wish for confidentiality may facilitate settlement, which courts are bound to encourage"); *Schoeps* v. *Museum of Modern Art*, 603 F. Supp. 2d 673, 676 (S.D.N.Y. 2009)("[T]he Second Circuit strongly endorses the confidentiality of settlement agreements in virtually all cases").

Accordingly, the Parties respectfully request that the Court grant their request to file the Settlement Agreement under seal.

Respectfully submitted,

**CAHILL GORDON & REINDEL LLP**

By: /s/ Joel Kurtzberg
Joel Kurtzberg
Ivan Torres
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
jkurtzberg@cahill.com
itorres@cahill.com

*Attorneys for Plaintiff CarbonCharge Technologies LLC*

**BOCHNER PLLC**

By: /s/ Joseph A. Farco
Joseph A. Farco
1040 Avenue of the Americas, 15th Floor
New York, NY 10018
(212) 506-6143
jfarco@bochner.law

*Attorneys for MARYLOU TALAFOUS-FAVETTA, in her capacity as Executrix of The Estate of Dino A. Favetta*

Honorable Philip M. Halpern
United States District Court Judge
The Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Enclosures

All Counsel (via ECF)