**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CARBONCHARGE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARYLOU TALAFOUS-FAVETTA, individually and in her capacity as Executrix of The Estate of Dino A. Favetta,<br><br>Defendants. | ) | No. 7:24-cv-361 (PMH) |

**~~[PROPOSED]~~ ORDER**

Upon the Stipulation of Voluntary Dismissal filed by the parties, and good cause appearing therefor, it is hereby:

ORDERED that all claims asserted by Plaintiff CarbonCharge Technologies LLC in the Complaint (ECF No. 1), are hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED that all counterclaims asserted by Defendant MaryLou Talafous-Favetta, individually and in her capacity as Executrix of The Estate of Dino A. Favetta, in the Answer and Counterclaims (ECF No. 18), are hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED that each party shall bear its own attorneys' fees, costs, and expenses incurred in this action; and it is further

ORDERED that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the parties dated July 21, 2026; and it is further

ORDERED that the Clerk of Court is directed to close this case and terminate all pending motions, if any.

**SO ORDERED.**

Dated: White Plains, New York
~~July __, 2026~~
August 3, 2026

PHILIP M. HALPERN